ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Meaghan Sharp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MEAGHAN SHARP,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:21-cv-09398-MAA<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND FOR COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE-THOUSAND NINE-HUNDRED NINETY-THREE DOLLARS and FOUR CENTS ($1,993.04), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: August 15, 2022

_____
HON. MARIA. A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1